Todd E. Kennedy, Bar No. 6014
Ketan D. Bhirud, Bar No. 10515
LIONEL SAWYER & COLLINS
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101
Telephone: (702) 383-8888
Facsimile: (702) 383-8845
tkennedy@lionelsawyer.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CML-NV RANCHO, LLC, a Florida limited liability company;

Plaintiff,

v.

ANCHOR CAPITAL GAINS, L.L.C., a Nevada limited liability company; TIGER MYNARCIK, (also known as TIGER W. MYNARCIK), as an individual and as Trustee of the T&J Trust; JILL MYNARCIK, (also known as JILL M. CHILDS-MYNARCIK), as an individual and as Trustee of the T&J Trust; TRADEWIND INVESTMENTS, a Nevada corporation;

Defendants.

Case No.: 2:11-cv-00397-JCM -RJJ

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(b), Plaintiff CML-NV RANCHO, LLC ("Rancho") and Defendants ANCHOR CAPITAL GAINS, L.L.C.; TIGER MYNARCIK; JILL MYNARCIK; and TRADEWIND INVESTMENTS ("Defendants") by and through their designated counsel of record, hereby stipulate that this Action be dismissed in its entirety without prejudice with each party to bear its own costs and attorneys' fees.

///

///

///

///

///

///

The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed this Stipulation For Voluntary Dismissal Without Prejudice with them and have the authority to bind their respective clients.

GORDON & REES LLP

By: /s/ Robert S. Larsen
Robert S. Larsen,
Nevada Bar No. 7785
3770 Howard Hughes Parkway, Ste. 100
Las Vegas, NV 89169
(702) 577-9300

*Attorneys for Defendants*

LIONEL SAWYER & COLLINS

By: /s/ Ketan D. Bhirud
Ketan D. Bhirud, Esq.
Nevada Bar No. 10515
300 South Fourth Street, Ste. 1700
Las Vegas, NV 89101
(702) 383-8888

*Attorneys for Plaintiff*

**ORDER**

UPON STIPULATION OF THE PARTIES, and good cause appearing,

IT IS HEREBY ORDERED that this Action is dismissed in its entirety without prejudice with each party to bear its own costs and attorneys' fees.

DATED: November 1, 2011

James C. Mahan
UNITED STATES DISTRICT JUDGE

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888